1 | *Counsel listed on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARIA MEJIA, | No. No. 2:14-cv-04566-MWF-(JEMx) |
|---|---|
| Plaintiff, | **ORDER ON STIPULATED PROTECTIVE ORDER** |
| vs. | |
| RITE AID CORPORATION, | Judge:   Hon. Michael W. Fitzgerald |
| Defendant. | |

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California  94104
   Telephone: (415) 983-0900
5  Facsimile: (415) 397-9005
   mike@righettilaw.com
6
   Attorney for Plaintiff
7  Chris Romero

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
9  GINA GUARIENTI COOK (Cal. State Bar No. 245611)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
10 JUSTIN M. SCOTT (Cal. State Bar No. 302502)
   PAUL HASTINGS LLP
11 55 Second Street, 24th Floor
   San Francisco, California 94105-3441
12 Telephone:  (415) 856-7000
13 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
14 ginacook@paulhastings.com
   jullielal@paulhastings.com
15 justinscott@paulhastings.com

16 CHRIS A. JALIAN (Cal. State Bar No. 295564)
17 PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
18 Los Angeles, California  90071
   Telephone:  (213) 683-6000
19 Facsimile:   (213) 627-0705
   chrisjalian@paulhastings.com
20
21 Attorneys for Defendant
   Rite Aid Corporation

Pursuant to Stipulation, it is so Ordered that the Parties are bound by the Stipulated Protective Order.

Dated: March 11, 2016

_____
John E. McDermott
United States Magistrate Judge